FILED
CLERK U.S. DISTRICT COURT

FEB 27 2017

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ESEQUIEL HURTADO-BELARA<br><br>　　　　　　　　Defendant. | CR98-0768-CAS-2<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A) ☒　the appearance of defendant as required; and/or

　　(B) ☒　the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will obey conditions_
_of release or refrain_
_from criminal conduct._

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will obey conditions_
_of release. Also, no_
_bail resources or_
_sureties —_

IT IS ORDERED that defendant be detained.

DATED: 2/27/17

_SUZANNE H. SEGAL_
UNITED STATES MAGISTRATE JUDGE