O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR98-768-CAS - 2 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| ESEQUIEL HURTADO-BELARA, | ) | |
| Defendant. | ) | |

On March 13, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on April 18, 2007. Government counsel, Katherine Rykken, the defendant and his appointed Deputy Federal Public Defender attorney, Craig Harbaugh, were present. The U.S. Probation Officer, Aleksander Galustov, was also present.

The defendant admits the allegation, in violation of his supervised release, as stated in the Petition on Probation and Supervised Release filed on April 18, 2007. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on November 18, 1998.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant supervised release is hereby revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term of four (4) months, with no supervision to follow.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: March 14, 2017

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk

2